ORIGINAL

FILED

03/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0670

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0670

_____

360 RECLAIM, LLC, a Montana limited liability company,

      Plaintiff and Appellee,

v.

WILLIAM M. RUSSELL, and individual and MOUNTAIN VIEW INVESTMENTS, LC, an Idaho limited liability company,

      Defendants and Appellants.

_____

WILLIAM M. RUSSELL,

      Plaintiff and Appellant,

v.

360 RECLAIM, LLC, a Montana limited liability company,

      Defendant, Counter-Plaintiff and Third-Party Plaintiff and Appellee,

v.

WILLIAM M. RUSSELL,

      Counter-Defendant and Appellant,

and

U.S. TREASURY by and through the INTERNAL REVENUE SERVICE,

      Third-Party Defendants.

_____

FILED

MAR 10 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Opening Brief of Appellant William M. Russell filed on March 9, 2023, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 12(1)(d) requires that the statement of facts portion of a brief contain references to the pages or the parts of the record at which material facts appear.

M. R. App. P. 12(1)(f) requires a summary of the argument before the argument portion of the brief. The summary of the argument should include a heading identifying it as a separate section. The summary should be a clear and concise statement of the arguments made in the body of the brief.

M. R. App. P. 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Appellant's opening brief does not contain an appendix with the relevant documents.

IT IS THEREFORE ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within 20 days of the date of this Order with the Clerk of this Court and one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 10th day of March, 2023.

_____
Justice

2